**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6513**

---

BEN FRANKLIN STATON,

Plaintiff - Appellant,

versus

JANET RENO; UNITED STATES DEPARTMENT OF
JUSTICE; U.S. BUREAU OF INVESTIGATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-96-296-AM)

---

Submitted:  June 20, 1996              Decided:  July 9, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ben Franklin Staton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his complaint filed under 42 U.S.C. § 1983 (1988), but construed by the district court as a habeas corpus petition under 28 U.S.C. § 2254 (1988). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Staton v. Reno, No. CA-96-296-AM (E.D. Va. Mar. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED